U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**FILED**

JUL 23 2002

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ABRUSLEY, SR. | : | DOCKET NO. 02-0196 |
| VS. | : | JUDGE TRIMBLE |
| MERCK & CO., INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's motion to remand or alternatively, motion for leave to amend and then remand [doc. # 20], be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of July, 2002.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
7/24/02
BY _____
COPY _____

