U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
F I L E D

OCT 2 8 2002

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ABRUSLY | : | DOCKET NO. 2:02cv0196 |
| VS. | : | JUDGE TRIMBLE |
| MERCK & CO., INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

On June 18, 2002, the assigned magistrate judge issued a report and recommendation finding that defendant, John Doe, was fictitious, and thus his citizenship should be disregarded for purposes of removal. (*See*, June 18, 2002, Report and Recommendation; 28 U.S.C. 1441). The magistrate judge further found that even if John Doe were treated as a named, non-diverse defendant, plaintiff had no possibility of recovery against the individual represented by John Doe. *Id*. We also note that this matter has been pending for over nine months, and there is no return of service as to defendant, John Doe.[1] Fed.R.Civ.P. 4(m). On July 23, 2002, the court adopted the magistrate judge's report and recommendation. (*See*, July 23, 2002, Judgment).

Under these circumstances, the court finds that the dismissal of John Doe is appropriate. Accordingly,

IT IS ORDERED that plaintiff, JOHN ABRUSLEY's claims against defendant, JOHN DOE, be, and they are hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of October, 2002.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Obviously, as a fictitious party, John Doe cannot be served.

JUDGMENT ENTERED
10/29/02
BY _Patty Monroe_
COPY _Hndry_
_McCall_
_Cohen_
_JTT RB_
_JB_

