RECEIVED
IN LAKE CHARLES, LA
OCT 31 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV - 4 2002

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

JOHN ABRUSLEY, SR.,                    :
                                        :
                    Plaintiff,          :       CIVIL ACTION NO. CV 02-0196
                                        :
vs.                                     :       JUDGE TRIMBLE
                                        :
MERCK & CO., INC., et al,               :       MAGISTRATE JUDGE WILSON
                                        :
                    Defendants.         :

## ORDER

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Defendant, MERCK & CO., INC., be and is hereby granted

leave to file and substitute into the record the original signature for the October 24, 2002 Declaration

of Dr. Michael A. Wienir submitted in support of Merck & Co., Inc.'s Motion for Summary

Judgment filed on October 24, 2002.

SIGNED at Lake Charles, Louisiana, this ___4th___ day of ___Nov.___, 2002.


THE HONORABLE   ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE


COPY SENT:
DATE: 11-5-02
BY: bmw
TO: Andy
McCall
Cohea

COPY SENT:
DATE: 11/4/02
BY: bm
TO: APW/BB
JB

57