U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
NOV 12 2002
ROBERT H. SHEMWELL, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ABRUSLEY, SR. | : | DOCKET NO. 2:02cv0196 |
| VS. | : | JUDGE TRIMBLE |
| MERCK & CO., INC. | : | MAGISTRATE JUDGE WILSON |

### MINUTE ENTRY

Pending before the court is a motion for summary judgment [doc. # 52] filed by defendant, Merck & Co., Inc. The parties have contacted the court and request that plaintiff be granted an extension until November 29, 2002, to file his opposition to the pending summary judgment motion. The parties further request that defendant be permitted until December 10, 2002, to file its reply brief.

The requests are GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of November, 2002.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 11-14-02
BY: DMN
TO: Andry McCall Cohen

COPY SENT:
DATE: 11/12/02
BY: PM
TO: JTTRH
JB