U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC - 6 2002

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ABRUSLEY, SR. | : | DOCKET NO. 2:02cv0196 |
| VS. | : | JUDGE TRIMBLE |
| MERCK & CO., INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## ORDER

Defendant, Merck & Co., has contacted the court and made an unopposed oral motion for extension of time to file a reply brief in support of its pending motion for summary judgment [doc. # 52]. The oral motion is GRANTED. Merck & Co., will have until December 20, 2002, to file its reply brief.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 6th day of December, 2002.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 12-9-02
BY: DMV
TO: Andry
    McCall
    Cohen

COPY SENT
DATE 12/6/02
BY PAM
TO APW IBB
   JB