UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC 1 3 2002

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | |
|---|---|
| **JOHN ABRUSLEY, SR.** | **CASE NO. CV02-0196** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **MERCK & CO., INC.** | **MAGISTRATE JUDGE WILSON** |

RECEIVED
DEC 0 9 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT

**O R D E R**

**CONSIDERING** the above and foregoing Motion for Leave to Substitute Exhibits;

**IT IS HEREBY ORDERED,** that the plaintiff, John Abrusley, Sr. is granted leave to substitute the attached exhibits for the corresponding exhibits attached to his Memorandum in Opposition to Merck's Motion for Summary Judgment.

This done and signed Lake Charles, Louisiana this 13th day of December, 2002.

_____
**JUDGE**

COPY SENT
DATE 12-13-02
BY ____
TO ____ /RH

COPY SENT:
DATE: 12/16/02
BY: OM
TO: Andry
McCall
Cohen

(64)

2