UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JAN 1 0 2003
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | | |
|---|---|---|
| JOHN ABRUSLEY, SR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. CV 02-0196 |
| | : | |
| vs. | : | JUDGE TRIMBLE |
| | : | |
| MERCK & CO., INC., et al., | : | MAGISTRATE JUDGE WILSON |
| | : | |
| Defendants. | : | |

## ORDER

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Defendant, MERCK & CO., INC., be and is hereby granted leave to file and substitute into the record the original signature for the December 19, 2002 Supplemental Declaration of Dr. Michael A. Wienir submitted in support of Merck & Co., Inc.'s Motion for Summary Judgment filed on October 24, 2002.

SIGNED at Lake Charles, Louisiana, this 10th day of January, 2003.

_____
THE HONORABLE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 1-10-03
BY 2KB
TO JTTIRA
JB

COPY SENT:
DATE: 01/13/03
BY: [signature]
TO: Andry
McCall
Cohen

