U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 2 2 2003

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| JOHN ABRUSLEY, SR., | : | DOCKET NO. 2:02-CV-196 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| MERCK & CO., INC., et al., | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to a Memorandum Ruling of this date,

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant's Motion for Summary Judgment is hereby GRANTED, and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant's Objections to, and Motion to Strike, Evidence Submitted in Opposition to [the Defendant's] Motion for Summary Judgment, will be DENIED, as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of January, 2003.

JUDGMENT ENTERED
1/22/03
BY _____
COPY _____

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

