UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

------------------------------------X

| | | |
|---|---|---|
| **JOHN ABRUSLEY, SR.** | : | |
| Plaintiff | : | CIVIL ACTION NO: CV 02-0196 |
| | : | |
| | : | JUDGE TRIMBLE |
| *versus* | : | |
| | : | MAGISTRATE JUDGE WILSON |
| Defendant | : | |
| | : | |
| **MERCK & CO., INC, et al** | : | |

------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that plaintiff, John Abrusley, Sr. hereby withdraws Plaintiff's Motion for Clarification and/or New Trial, which is on this Court's motion calendar.

Dated: this 19th day of May, 2003.

        Respectfully Submitted:
        Jonathan B. Andry, Esq.
        **THE ANDRY LAW FIRM, LLC**
        610 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 586-8899
        Facsimile: (504) 586-8933

        By: _____
            Jonathan B. Andry, Esq. (LSBA # 20081)



GILBERT V. ANDRY, IV†  
JONATHAN B. ANDRY*  

HENRY J. COOK, III*  

†Also admitted in Colorado & Texas  
*LLM in Energy and Environmental Law  
*Admitted in Mississippi  


THE ANDRY LAW FIRM L.L.C.

TOLL FREE 1.800.536.8899  

CHALMETTE 504.276.8899  

BELLE CHASSE 504.366.8899  

610 BARONNE STREET | NEW ORLEANS | LOUISIANA 70113 | TELEPHONE 504.586.8899 | FAX 504.586.8911

**RECEIVED**
**MAY 2 0 2003**
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

May 19, 2003

Clerk of Court  
United States District Court  
Western District of Louisiana  
800 Lafayette Street, Suite 2100  
Lafayette, Louisiana 70501  

        Re:    *John Abrusley, Sr. v. Merck & Company, Inc., et al*  
                *USDC - Western District, Lake Charles Division*  
                *Civil Action No. CV02-0196*

Dear Sir/Madam:

      Enclosed please find one original and two copies of plaintiffs Notice of Withdrawal of Motion, which we request you file into the record of the above captioned matter and return a conformed copy to our office in the enclosed self addressed stamped envelope.

      Thank you for your assistance and courtesies.

                              Yours very truly,

                              Jonathan B. Andry, Esq.

JBA/das  
Enclosure  
cc: William McCall, Esq.  
    Charles Cohen, Esq.

2304 19TH STREET | SUITE 202-NORTH COURT ONE | GULFPORT | MISSISSIPPI 39501 | TELEPHONE 228.354.8899 | FAX 228.864.2929